**Rosebele E. Magana CISNEROS;
Pedro Magana Larios,
Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 05–71297.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.[*]

Filed Aug. 2, 2006.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM [**]

Rosebele E. Magana Cisneros and his son Pedro Magana Larios, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order affirming without opinion an immigration judge's decision ("IJ") denying their applications for cancellation of removal. To the extent we have jurisdiction, it is conferred by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the IJ's discretionary determination that the petitioners failed to show exceptional and extremely unusual hardship. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 929 (9th Cir.2005).

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Contrary to the petitioners' contention, the agency's interpretation of the hardship standard falls within the broad range authorized by the statute. *See Ramirez-Perez v. Ashcroft,* 336 F.3d 1001, 1004–1006 (9th Cir.2003).

The petitioners' contention that the BIA erred in streamlining their case is foreclosed by *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 852 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.